JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| TOAN LE,<br><br>            Plaintiff,<br><br>   v.<br><br>MARTIN O'MALLEY, Commissioner of Social Security,<br><br>            Defendant. | Case No. CV 23-0865-SVW(AS)<br><br>**JUDGMENT** |

    Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge, P IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is affirmed and this action is dismissed with prejudice.

DATED: August 30, 2024

                                                                                          STEPHEN V. WILSON<br>
                                                    UNITED STATES DISTRICT JUDGE